I.S. MULITAUAOPELE and FOFOGATUMUA
K. MULITAUAOPELE, Plaintiffs/Objectors

v.

LUI LEAANA FUATA, Defendant/Claimant

[In the Matter of the Matai Title "MULITAUAOPELE"
of the Village of Lauli'i]

High Court of American Samoa
Land and Titles Division

MT No. 5-89

July 19, 1989

Before KRUSE, Chief Justice.

Counsel: Objector I.S. Mulitauaopele pro se
 For Objector Fofogatumua K. Mulitauaopele, Gata E. Gurr
 For Claimant, Tau'ese P.F, Sunia

Memorandum Order:

Upon notice from the Secretary of Samoan Affairs that the parties in the above-entitled matter have not met in accordance with the requirements of A.S.C.A. § 43.0302 and that the Certificate of Irreconcilable Dispute dated June 21, 1989 was issued upon misinformation given by one of the parties and whereas compliance with the requirements of A.S.C.A. § 43.0302 have not thus been shown to the Court's satisfaction,

It is Ordered that the proceedings in above-entitled matter before the land and titles division shall be stayed until compliance with the requirements of the aforesaid enactment has been certified by the Secretary of Samoan Affairs or until further order of the Court.